**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-60948-MIDDLEBROOKS

ARELI MALPICA MAUS,

      Petitioner,

v.

MARKWAYNE MULLIN,
in their official capacity as
Secretary of the United States
Department of Homeland Security,
et. al,

      Respondents.

_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta Augustin-Birch for a Report and Recommendation and to take all action required by law on the Petitioner for Writ of Habeas Corpus under 28 U.S.C. § 2241 (DE 1), filed April 3, 2026.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 7th day of April, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of Record